UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Chapter 11

COSTA HOLLYWOOD PROPERTY OWNER, LLC[1]             Case No. 19-22483-AJC

      Debtor.
_____/

**NOTICE OF FILING AMENDED DECLARATION OF PETER D. RUSSIN, ESQ. IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY AND RETAIN MELAND RUSSIN & BUDWICK, P.A. AS ATTORNEY FOR THE DEBTOR AND DEBTOR IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE**

Debtor, Costa Hollywood Property Owner, LLC, by and through undersigned counsel, hereby files the Amended Declaration of Peter D. Russin, Esq. in Support of Debtor's Application to Employ and Retain Meland Russin & Budwick, P.A. as Attorney for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date, attached hereto as **Exhibit A,** in support of the *Application of the Debtor for an Order, on an Interim Basis, Authorizing the Employment and Retention of Meland Russin & Budwick, P.A. as Attorneys for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date* [ECF No. 21].

                                                      s/ Meaghan E. Murphy
                                                      James C. Moon, Esquire
                                                      Florida Bar No. 938211
                                                      jmoon@melandrussin.com
                                                      Meaghan E. Murphy, Esquire
                                                      Florida Bar No. 102770
                                                      mmurphy@melandrussin.com
                                                      MELAND RUSSIN & BUDWICK, P.A.
                                                      200 South Biscayne Boulevard, Ste. 3200
                                                      Miami, Florida  33131
                                                      Telephone: (305) 358-6363
                                                      Telecopy: (305) 358-1221
                                                      *Attorneys for Debtor-in-Possession*

---

[1] The Debtor's current mailing address is 777 North Ocean Drive, Hollywood, FL 33019.  The Debtor's EIN is 47-4883778.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 13, 2020, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached **Exhibit 1** and via U.S. Mail upon the Manual Notice List and the Master Service List, pursuant to Local Rule 2002-1 (H), Designation of Master Service List in Chapter 11 Cases, attached as **Exhibit 2**.

s/ Meaghan E. Murphy
Meaghan E. Murphy, Esq.

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Scott Andron     sandron@broward.org
- Robert C. Arnold     bob@thevictorialawgroup.com, bankruptcy@thevictorialawgroup.com
- Paul J. Battista     pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com
- Jeffrey S. Berlowitz     jberlowitz@siegfriedrivera.com, jortega@siegfriedrivera.com
- Steven M Davis     sdavis@bplegal.com
- Darin A DiBello     dibello@gwmlaw.com, perry@gwmlaw.com
- Michael P Dunn     michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;mzucker@dunnlawpa.com
- Julie Feigeles     jf@womenatlawfl.com, way@womenatlawfl.com
- Jerold C Feuerstein     jfeuerstein@kandfllp.com, litigation@kandfllp.com;rcappiello@kandfllp.com;skossar@kandfllp.com
- Brandon J Hechtman     bhechtman@wickersmith.com
- Kimberly H Israel     kisrael@mcglinchey.com, lwhite@mcglinchey.com
- Mark Journey     mjourney@broward.org, swulfekuhle@broward.org
- Michael R Kassower     mkassower@fwblaw.net, mrothman@fwblaw.net
- Andrew V Layden     alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- James C. Moon     jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Meaghan E Murphy     mmurphy@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@melandrussin.com;mmurphy@ecf.courtdrive.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Alberto H Orizondo     aorizondo@aglawpa.com, bfernandez@aglawpa.com
- Alexander S Orlofsky     alex@orlofskylawfirm.com
- Christina V Paradowski     cvp@trippscott.com, bankruptcy@trippscott.com;hbb@trippscott.com
- Meghan E Paraschak     meghan@orlofskylawfirm.com
- Chad P Pugatch     cpugatch.ecf@rprslaw.com
- Alexis S Read     alexis.read@dunnlawpa.com, asr@alexisreadlaw.com
- Humberto E Rivera     humberto@hriveralaw.com, G61034@notify.cincompass.com;humberto@ecf.courtdrive.com
- Raymond L Robinson     teri@rrobinsonlaw.com, ray@rrobinsonlaw.com
- Victor K Rones     vrones@victorkronespa.com, jrones@victorkronespa.com
- Peter D. Russin     prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

EXHIBIT 1

- Zana Michelle Scarlett    Zana.M.Scarlett@usdoj.gov
- James Schwitalla    jwscmecf@bellsouth.net, miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com
- Zach B Shelomith    zbs@lsaslaw.com, fpd@lsaslaw.com;info@lsaslaw.com;zshelomith@ecf.inforuptcy.com
- Andrew D. Zaron    azaron@leoncosgrove.com, jgomez@leoncosgrove.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Michael R. Kassower
FRANK WEINBERG & BLACK, P.L.
7805 SW 6th Court
Plantation, FL 33324

Jairo Romero
16979 NW 19th Street
Pembroke Pines, FL 33028

Robb Udell
100 SE 2nd ST 29th Flr
Miami, FL 33131

**U.S. Trustee:** *(Notice provided via NEF)*
Office of The United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130

**Debtor-in-Possession:** *(via U.S. Mail)*
Costa Hollywood Property Owner, LLC
777 North Ocean Drive
Hollywood, FL 33019

**Debtor-in-Possession's Attorney:**
*(Notice provided via NEF)*

Peter D. Russin, Esquire
James C. Moon, Esquire
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

**Secured Creditors:** *(via U.S. Mail)*
777 N. Ocean Drive, LLC
c/o MRFS LLC
825 Third Avenue, 37th Floor
New York, NY 10022

777 N. Ocean Drive, LLC
c/o Jerold C. Feuerstein
Kriss & Feuerstein LLP
360 Lexington Ave #6502
New York, NY 10017

Baker Concrete Construction, Inc.
5555 Anglers Ave, Suite 1A
Fort Lauderdale, FL 33312

Beauchamp Construction Co Inc.
c/o Benjamin K. Artzt
2100 Ponce de Leon Blvd, Ste 825
Coral Gables, FL 33134

Design Engineering Group, LLC
c/o Harvey, F William, Esq.
5402 Red Cypress Lane
Fort Lauderdale, FL 33319

HVAC Associates, Inc.
PO Box 1355
Pompano Beach, FL 33061

Italkraft LLC
2900 NW 77 Ct
Doral, FL 33122

Lenny's Cleaning, Painting
& Waterproofing, Inc.
10040 NW 46 St
Fort Lauderdale, FL 33351

Tropic Fire Protection, Inc.
922 SW 36th Ave
Boynton Beach, FL 33435

United Leasing, Inc.
PO Box 5089
Evansville, IN 47715

**United States and its agencies:**
*(via U.S. Mail)*
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

**Notice of Appearances:**
*(Notice provided via NEF*
*Upon Registered Users)*

Victor K. Rones, Esq.
*Attorney for Costa Investors LLC, Creditor*
16105 NE 18th Avenue,
North Miami Beach, FL 33162

EXHIBIT 2

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Andrew V. Layden, Esq.
*Attorneys for New Continent Ventures, Inc.*
Baker & Hostetler LLP
200 S. Orange Ave.
SunTrust Center, Suite 2300
Orlando, FL 32801-3432

Jerold C. Feuerstein, Esq.
*Attorneys for 777 N. Ocean Drive, LLC*
KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017

Michael P. Dunn, Esq.
Alexis S. Read, Esq.
*Attorneys for Evolution Hospitality, LLC*
Dunn Law P.A.
66 W. Flagler Street, Ste. 400
Miami, FL 33130

Humberto Rivera, Esq.
*Attorneys for Professional Blinds Systems, Inc.*
Rivera Law Firm, P.A.
P.O. Box 211746
Royal Palm Beach, FL 33421

Raymond L. Robinson, Esq.
*Attorneys for Pamela Terry*
RobinsonLaw, P.A.
1501 Venera Avenue, Suite 300
Coral Gables, FL 33146

Brandon J. Hechtman, Esq.
*Attorneys for Evolution Hospitality LLC and AMO Hospitality Group LLC*
Wicker Smith O'hara
Mccoy & Ford, P.A.
2800 Ponce de Leon Boulevard
Suite 800
Coral Gables, FL 33134

Paul J. Battista, Esq.
Mariaelena Gayo-Guitian, Esq.
*Attorneys for 777 N. Ocean Drive, LLC*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, Florida 33131

Mark A. Journey, Esq.
Scott Andron, Esq.
*Attorneys for Broward County, Florida*
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301

Julie Feigeles, Esq.
*Attorneys for Eduardo Reyes Herrera and Astrid Aurora Arevalo Molina*
Feigeles & Haimo LLP
7900 Peters Road, Suite B-200
Fort Lauderdale, FL 33324

Kimberly Held Israel, Esq.
*Attorneys for United Leasing, Inc.*
McGlinchey Stafford
10407 Centurion Parkway North, Suite 200
Jacksonville, FL 32256

Alberto H. Orizondo, Esq.
*Attorneys for Italkraft, LLC*
Law Office of Alexis Gonzalez, P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133

Darin A. DiBello, Esq.
*Attorneys for Belet Investments, LLC*
GASS WEBER MULLINS LLC
150 S.E. 2nd Avenue, Suite 1010
Miami FL 33131

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Jeffrey S. Berlowitz, Esq.
*Attorneys for La Cuisine, LLC*
SIEGFRIED RIVERA
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134

Andrew D. Zaron, Esq.
*Attorneys for Beauchamp Construction Co., Inc.*
LEÓN COSGROVE, LLP
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134

Max A. Goldfarb, Esq.
*Attorneys for Lenny's Cleaning, Panting & Waterproofing*
Biscayne Building – Suite 802
19 West Flagler Street
Miami, FL 33130-4406

Chad P. Pugatch, Esq.
*Attorneys for Baker Concrete Construction*
Rice Pugatch Robinson, et al.
101 NE 3rd Avenue, Suite 1800
Ft. Lauderdale, FL 33301

Robert C. Arnold, Esq.
*Attorneys for Estate of Pablo Haeffner*
The Victoria Law Group
80 SW 8th St., Suite 2000
Miami, FL 33130

James Schwitalla, Esquire
*Attorneys for Mr. Glass Doors & Windows, Inc.*
The Bankruptcy Law Offices
of James Schwitalla, P.A.
12954 S.W. 133 Court
Miami, Florida 33186

Zach B. Shelomith, Esquire
*Attorneys for Betje Investments LLC*
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312

Christina V. Paradowski, Esq.
*Attorneys per ECF Nos. 178-187*
Tripp Scott, P.A.
110 S.E. Sixth Street, Fifteenth Floor
Fort Lauderdale, Florida 33301

**20 Largest Unsecured Creditors:**
*(via U.S. Mail)*

Centrada Solutions, LLC
5010 Riverside Drive, # 300
Irving, TX 75039

Cielo Restaurant LLC
777 N Ocean Dr
# SF
Hollywood, FL 33019

D-Essentials Inc.
218 S Dixie Hwy
Hallandale, FL 33009

FA Development and Real Estate
343 Commercial Street
#212
Boston, MA 02109

General Caulking And Coatings Co., Inc.
101 NW 176 St
Mami, FL 33169

Gustavo Carlos Lescovich Ramos
Parada 6 de la Brava
Edif Icon Bravia Depto #707
Punta del Este
URUGUAY

Hyvac, Inc.
312 S Military Trail
Deerfield Beach, FL 33442

Italkraft LLC
2900 NW 77 Ct
Doral, FL 33122

MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

JM Plastering, Inc.
16333 NW 84 Ave
Hialeah, FL 33015

La Cuisine Intl Distributors, Inc.
2005 NW 115 Ave
Miami, FL 33172

Mr. Glass Doors & Windows Inc.
8120 NW 84 St
Miami, FL 33166

National Fire Protection, LLC
3125 W Commercial Blvd
# 200
Ft Lauderdale, FL 33309

Pablo Haeffner & Rita Cassia DaSilva
c/o Alexander M. Turner, Esq.
Law Offices of Alexander M. Turner, P.A.
317 Seventy First St
Miami Beach, FL 33141

Poma Construction Corp.
2049 SW Poma Dr
Bldg#1
Palm City, FL 34990

Renacer LLC
444 Brickell Ave
Suite 828
Miami, FL 33131

Ruben Eduardo Reyes Herrera
c/o Thomas R. Shahady
Shahady & Wurtenberger, P.A.
7900 Peters Rd, Ste B-200
Fort Lauderdale, FL 33324

SOS Security LLC
PO Box 6373
Parsippany, NJ 07054

Stones Unlimited, LLC
By and through, Registered Agent
Kevin D. Mercer, P.A.
10800 Biscayne Blvd
Suite 700
Miami, FL 33161

Unlimited Electrical Contractors
3500 Park Central Blvd N
Pompano Beach, FL 33064

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                      Chapter 11

COSTA HOLLYWOOD PROPERTY OWNER, LLC[1]                      Case No. 19-22483-AJC

    Debtor.
_____/

### AMENDED[2] DECLARATION OF PETER D. RUSSIN, ESQ. IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY AND RETAIN MELAND RUSSIN & BUDWICK, P.A. AS ATTORNEY FOR THE DEBTOR AND DEBTOR IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

STATE OF FLORIDA          )
                          ) ss
COUNTY OF MIAMI-DADE      )

Peter D. Russin, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am a shareholder and employed by the law firm of Meland Russin & Budwick, P.A. (*"MRB"*) with offices located at 200 South Biscayne Boulevard, Suite 3200, Miami, Florida 33131.

3. I am familiar with the matters set forth herein and make this declaration (the *"Declaration"*) in support of the application (the *"Application"*) of Costa Hollywood Property Owner, LLC, (the *"Debtor"*), for authority to employ and retain MRB as attorneys for the Debtor, effective as of the Petition Date, at MRB's normal hourly rates in effect from time to

---

[1] The Debtor's current mailing address is 777 North Ocean Drive, Hollywood, FL 33019. The Debtor's EIN is 47-4883778.
[2] Amended solely to make disclosures in paragraph 7.

1

time and in accordance with MRB's normal reimbursement policies, in compliance with Bankruptcy Code sections 327(a), 328(a) and 330, and to provide disclosure required under Rules 2014(a), 2016 and 5002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the "**Local Rules**").

4.  MRB has served as counsel to the Debtor since March 2016, providing defense of mortgage foreclosure services and bankruptcy related services. As such, MRB is familiar with the Debtor's business and financial affairs and is well qualified to provide the services required by the Debtor in connection with this Chapter 11 case.[3]

5.  To the best of my knowledge and information, no member of MRB has an interest materially adverse to the interests of the Debtor's estate or to any class of creditors or equity security holders of the Debtor, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, as specified in subparagraph (C) of section 101(14) of the Bankruptcy Code, or for any other reason.

6.  No attorney in our firm has had or presently has any connection with the captioned Debtor or its estate on any matters in which the firm is to be engaged.

7.  MRB neither holds nor represents any interest adverse to the Debtor and is a "disinterested person" within the scope and meaning of Section 101(14) of the Bankruptcy Code; however, Gabriel Groisman, a partner of MRB as of January 1, 2020, formerly represented a creditor of the Debtor, J & R United Industries, Inc. ("**J&R**") in the following litigation unrelated to this bankruptcy matter or the Debtor: *Miami-Dade County v. J&R*, United States District

---

[3] Although I did accept service of the Complaint on behalf of Defendants Costa Hollywood Property Owner, LLC and Moses Bensusan in the Broward County Circuit Court case styled *777 N.Ocean Drive, LLC v. Costa Hollywood Property Owner, LLC, Moses Bensusan, et al.*, Case No. CACE19009153; I never represented Mr. Bensusan. Mr. Bensusan retained Thomas L. Abrams, Esq. as his counsel.

2

Court, Southern District of Florida, Case No. 18-24319 and *Standard Textile Co., Inc. v. J&R*, United States District Court, Southern District of Florida, Case No. 17-61815, which representation has concluded.

8. Neither I nor our firm has or will represent any other entity in connection with this case, and neither I nor our firm will accept any fee from any other party or parties in this case, except the Debtor, unless otherwise authorized by the Court.

9. Prepetition, MRB was paid the following amounts from Liberty Grande, LLC and the Debtor:

   a) Liberty Grande, LLC paid $1,668.00 on May 2, 2019;
   b) Liberty Grande, LLC paid $210.30 on June 7, 2019;
   c) Liberty Grande, LLC paid $9,866.70 on June 12, 2019;
   d) Liberty Grande, LLC paid $9,923.00 on July 22, 2019; and
   e) $10,000.00[4] and $50,000.00[5] on September 19, 2019, for a total of $81,668.00.

Prepetition, MRB waived remaining fees and costs due totaling $75,016.03. On the Petition Date, there was no postpetition retainer on hand.

10. The professional fees and costs incurred by MRB in the course of its representation of the Debtor in this case shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 327, 330 and 331 and Bankruptcy Rule 2014 and 2016.

11. There is no agreement of any nature, other than the shareholder agreement of our firm, as to the sharing of any compensation to be paid to the firm. No promises have been received by MRB, nor any member or associate thereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

---

[4] Moses Bensusan paid this amount with a personal credit card which is a loan to the Debtor.
[5] Kriss Feuerstein LLP, counsel for the Debtor's Senior Lender, paid this amount via wire transfer which is a loan to the Debtor.

3

12. No attorney at MRB holds a direct or indirect equity interest in the Debtor, including stock or stock warrants, or has a right to acquire such an interest.

13. No attorney at MRB is or has served as an officer, director or employee of the Debtor within two years before the Petition Date.

14. No attorney at MRB is in control of the Debtor.

15. No attorney at MRB is or has served as an officer, director or employee of a financial advisor that has been engaged by the Debtor in connection with the offer, sale or issuance of a security of the Debtor, within two years before the Petition Date.

16. No attorney at MRB has represented a financial advisor of the Debtor in connection with the offer, sale or issuance of a security of the Debtor, within three years before the Petition Date.

17. No attorney at MRB has any other interest, direct or indirect, that may be affected by the proposed representation.

18. Except as set forth herein, no attorney at MRB has had or presently has any material connection with the captioned Debtor, the Debtor's creditors, any other party in interest or their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States trustee, or any matters in which the firm is to be engaged, except that I, MRB, or our attorneys, (i) may have appeared in the past, and may appear in the future, in other cases in which one or more of said parties may be involved; and (ii) may represent or may have represented certain of the Debtor's creditors, in matters wholly unrelated to these cases.

19. Pursuant to Part D1 of the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, I provide the responses set forth below:

| Questions Required by Part D1 | Answer |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. | 2019 Normal hourly rates as follows:<br>PDR   $695.00<br>JCM   $495.00<br>MM    $350.00<br>LRT   $255.00<br>PH    $245.00<br>AB    $200.00<br>MR    $180.00<br><br>MRB rendered prepetition bills to the Debtor monthly with payment to be made within 10 days of receipt.<br><br>Prepetition, MRB waived remaining fees and costs due totaling $75,016.03. |
| Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? | The Debtor and MRB, along with the senior secured lender 777 N. Ocean Drive LLC, expect to develop a prospective budget and staffing plan, recognizing that in the course of this Chapter 11 case, there may be unforeseeable fees and expenses that will need to be addressed by the parties. |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

FURTHER AFFIANT SAYETH NAUGHT.

_____
PETER D. RUSSIN

STATE OF FLORIDA ) 
) ss.
COUNTY OF MIAMI-DADE )

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, on January 13, 2020, by Peter D. Russin (name of person making statement), the _____ of _____, and who:

☒ is personally known to me;
☐ produced a current driver's license as identification; or
☐ produced _____ as identification.

_____
Signature of Notary

Melissa Ramos
Printed Name of Notary
My Commission Expires:

MELISSA RAMOS
Notary Public - State of Florida
Commission # GG 144450
My Comm. Expires Sep 19, 2021
Bonded through National Notary Assn.

6