**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

                                                       CASE NO. 19-22483-AJC

**COSTA HOLLYWOOD PROPERTY OWNER, LLC.**

**Debtor.**
_____/

## NOTICE OF FEDERAL RULE OF BANKRUPTCY
## PROCEDURE 2004 EXAMINATION *DUCES TECUM* OF DEBTOR

The Creditor, Costa 402, Inc., by and through the undersigned counsel, and pursuant to Local Rule 2004-1 and Fed. R. Bankr. P. 2004, gives notice that it will conduct the examination of the Corporate Representative of the Debtor, COSTA HOLLYWOOD PROPERTY OWNER, LLC., regarding the subject matter identified on Schedule "A" via Zoom, on July 24, 2020 at 10:00 A.M.

**Via Zoom Web Conference:**

(1) the Link and Meeting ID will be provided to all counsel via email by Esquire Deposition Solutions, LLC. Counsel for deponent is directed to forward the Link and Meeting ID to deponent.

(2) If deponent is not represented by counsel, Esquire Deposition Solutions, LLC will email the Link and Meeting ID to deponent.

The purpose for the examination is to investigate assets, debts, and any other ancillary matters relating to the administration the case prescribed by Rule 2004(b), Federal Rules of Bankruptcy Procedure.

Pursuant to Local Rule 2004-1(b)-(c), the Corporate Representative shall bring to the examination and produce for inspection, those items listed on the attached Schedule "B" or alternatively, if this deposition is remote, provide electronic copies at least three days prior to the deposition.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on July 7, 2020, via the Court's Notice of Electronic Filing upon Registered Users set forth on the attached Exhibit 1 and via U.S. Mail upon the Manual Notice List and the Master Service List, pursuant to Local Rule 2002-1 (H), Designation of Master Service List in Chapter 11 Cases, attached as Exhibit 2.

/Steven M. Davis/
Steven M. Davis
Counsel for Petitioners
Becker Poliakoff, PA
121 Alhambra Plaza, Suite 1000
Coral Gables, Fl. 33134
Florida Bar Number 894249
sdavis@beckerlawyers.com

## SCHEDULE A

Debtor shall present for examination the person or persons who it has designated as the corporate representative who consent to serve in that capacity to testify regarding the following subjects:

1. Hotel rental program at Costa Hollywood
2. Units in the hotel rental program
3. Rules for units not in the hotel rental program
4. Front desk procedures
5. Units currently being rented outside of the hotel rental program
6. Management of Costa Hollywood
7. Management of the hotel program at Costa Hollywood
8. Current Staffing at Costa Hollywood
9. Contractors currently working at Costa Hollywood
10. Security at Costa Hollywood
11. Valet Parking at Costa Hollywood
12. Reserve accounts for units in the hotel rental program
13. Accounts holding security deposits for units not in the hotel rental program

## SCHEDULE B

## DEFINITIONS

"Communication" means any oral, written or digital utterance, notation, recording, photo, video, and audio recording or statement of any nature whatsoever, by anyone and to whomsoever made, including correspondence, conversations, notes, dialogues, discussions, emails, text messages, social media posts, posts and communications on all communication platforms including, without limitation, Facebook, LinkedIn, Twitter, Instagram, Reddit, Microsoft Teams, Gchat, Slack, Salesforce Chatter, Gira, Google Hangouts, Asana and Trello, Workplace by Facebook, Stride, Hipchat, Stride, and Zoom. The term "Communication" includes "Electronically Stored Information" as defined below.

"Concerning" means relating to, referring to, describing, evidencing, mentioning, affecting, showing, reflecting, touching on, bearing on or constituting.

"Document" is used in the broadest sense permitted under the Rules of Civil Procedure and includes, but is not limited to, all originals, non-identical copies and copies with marginal notations or interlineations of any writing, sworn statement, deposition transcript, affidavit, recording, photograph, video, audio recording, computer data, emails, text messages, social media posts, items on all communications platforms including, without limitation, Facebook, LinkedIn, Twitter, Instagram, Reddit, Microsoft Teams, Gchat, Slack, Salesforce Chatter, Gira, Google Hangouts, Asana and Trello, Workplace by Facebook, Stride, Hipchat, Stride, Zoom or other item containing information of any kind or nature, however produced or reproduced, whatever its origin or location, and regardless of the form maintained. The term "Document" includes "Electronically Stored Information" as defined below.

The terms "Document" and "Communication" further mean any Document or Communication in the possession, custody, or control of the entities and individuals to whom this discovery is directed together with their employees, agents and attorneys. Without limitation, an entity or individual is deemed to be in "control" as used in the preceding sentence of a Document or Communication if that entity or individual has the right to secure it or a copy of it from another entity or individual having actual possession thereof.

"Electronically Stored Information" refers to all computer, tablet, phone or electronically stored or generated data and information, and includes all attachments to and enclosures with any requested item, and all drafts thereof. Electronically Stored Information includes information stored in any format and on any storage media whether fixed, portable, removable or in the cloud. Electronically Stored Information includes, without limitation, title or name, file name, author, date and time of creation, date and time of all edits, identity of author, identity of owner, identities of editors, identities of recipients, history of changes, email header information, history of who viewed an item and when viewed, audit trails, logs and email routing information.

"All Documents" means every Document or group of Documents or Communication as above defined that are known to you or that can be located or discovered by reasonably diligent efforts.

"Including" shall mean including but not by way of limitation.

"Person" means any natural person, individual, proprietorship, partnership, corporation, association, organization, joint venture, firm, or other business enterprise, governmental body, group of natural persons or other entity.

"Rental Program" shall refer to the rental program operated either directly or through a hotel operator or manager for the hotel owner, Costa Hollywood Property Owner, LLC.

"Costa Hollywood" shall refer to the property located at 777 North Ocean Drive, Hollywood Beach, FL 33019.

"You" and "your" shall mean the Person or Persons that this Request is directed to.

All capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Complaint.

All words in the present tense include the past, and all words in the past tense include the present tense.

As used herein, the singular shall include the plural, the plural shall include the singular, and masculine, feminine, and neuter shall include each of the other genders.

## INSTRUCTIONS

1.  Each Request should be responded to separately indicating that you will produce the Documents or items requested. If any of the requested Documents cannot be produced in full, produce to the extent possible, specifying the reasons for the inability to produce the remainder.

2.  In producing these Documents, you are required to furnish all Documents known or available to you regardless of whether the Documents are possessed: directly by you, or by your agents, employees, representatives, or investigators; or by your present or former attorneys or its agents, employees, representatives, or investigators; or by your affiliates, predecessors, corporations, partnerships or other legal entities controlled by or in any manner affiliated with you.

3.  **Electronically Stored Information – Form of Production:** Unless the parties agree otherwise, all Electronically Stored Information must be produced in its native form. By way of example, and without limitation, this means Documents originally created as Microsoft

Word files, Excel spreadsheets, and PowerPoint presentations must be produced as .doc, .xls, and .ppt (or successor file types) electronic files, respectively, without redaction of metadata. Similarly, emails must be produced in .msg, .pst, .eml or .nsf file formats. Emails must be produced so that the full header is accessible and readable. For avoidance of doubt, no Electronically Stored Information shall be produced in paper, .tif, .pdf, and/or other similar non-native format without prior written consent from undersigned counsel.

4. If Electronically Stored Information is not reasonably useable in its native form, then all software, instructions, or tools necessary to make the information reasonably useable must also be provided or identified. To the extent that identical information is available in multiple forms of Electronically Stored Information, you need only produce the Electronically Stored Information in one native form.

5. Unless otherwise stated in an individual request, the relevant time period for these Requests is January 1, 2017 through the date upon which your response is served.

## REQUESTS FOR PRODUCTION

1. Rental Program agreements for each unit in the Rental Program.

2. Statement of account for each unit in the Rental Program showing all income, expenses, and occupancy attributable to each unit from the inception of each rental contract to date.

3. Statement of account for each unit in the Rental Program showing Gross Room Rental Revenue, Net Rental Revenue, and Service Fee as defined in the rental program agreements, attributable to each unit from the inception of each rental contract to date.

4. Itemizations of all cash reserve funds collected pursuant to Rental Program agreements.

  5.  A current bank statement for the reserve funds indicated in the prior request.

  6.  Daily occupancy reports from the inception of the Rental Program to date.

  7.  Escrow agreements Debtor has entered into with any escrow agent to hold security deposits for renting owners.

  8.  An accounting of all security deposits placed with the Debtor by Renting unit Owners.

  9.  Evidence that each housekeeping/engineering vendor and any other vendor operating at Costa Hollywood has current commercial general liability insurance.

  10.  Evidence that each housekeeping/engineering vendor and any other vendor operating at Costa Hollywood has satisfied bonding requirements established by the shared facilities manager.

  11.  Evidence that each housekeeping/engineering vendor and any other vendor operating at Costa Hollywood has all required governmental licenses including occupational licenses.

  12.  Current account statements for shared facility assessments for each residential unit and commercial unit at Costa Hollywood.

  13.  Leases entered into where the Costa Hollywood Property Owner, LLC is the lessor.

  14.  Leases entered into where the Costa Hollywood Property Owner, LLC is the lessee.

  15.  Management Services Contract between Costa Hollywood Property Owner, LLC and any management company.

16. Contracts with any booking agencies including but not limited to Hotels.com, and Orbitz.com.

17. Contracts with any entity providing marketing services for Costa Hollywood.

18. Contracts with any hotel operator or manager operating a Rental Program at Costa Hollywood.

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Alejandro R Alvarez**    service@ara-lawfirm.com
- **Scott Andron**    sandron@broward.org
- **Robert C. Arnold**    bob@thevictorialawgroup.com, bankruptcy@thevictorialawgroup.com
- **Eric N Assouline**    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul J. Battista**    pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com
- **Jeffrey S. Berlowitz**    jberlowitz@siegfriedrivera.com, jortega@siegfriedrivera.com
- **Rodrigo S Da Silva**    rodrigo@rdasilvalaw.com, kimberly@rdasilvalaw.com
- **Yasin Daneshfar**    ydaneshfar@bplegal.com, ecuellar@bplegal.com;kbrown@bplegal.com;FTLefile@bplegal.com;tfritz@beckerlawyers.com
- **Steven M Davis**    sdavis@bplegal.com
- **Darin A DiBello**    dibello@fasidibellolaw.com, perry@fasidibellolaw.com
- **Michael P Dunn**    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;mzucker@dunnlawpa.com
- **Julie Feigeles**    jf@womenatlawfl.com, way@womenatlawfl.com
- **Jerold C Feuerstein**    jfeuerstein@kandfllp.com, litigation@kandfllp.com;CValenzuela@kandfllp.com;skossar@kandfllp.com;skossar@kandfllp.com
- **David L Gay**    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Brandon J Hechtman**    bhechtman@wickersmith.com
- **John B. Hutton III**    huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com;perezan@gtlaw.com
- **Kimberly H Israel**    kisrael@mcglinchey.com, jglus@mcglinchey.com
- **Mark Journey**    mjourney@broward.org, swulfekuhle@broward.org
- **Michael R Kassower**    mkassower@fwblaw.net, mrothman@fwblaw.net
- **Andrew V Layden**    alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **James C. Moon**    jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Meaghan E Murphy**    mmurphy@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@melandrussin.com;mmurphy@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

EXHIBIT 1

- **Alberto H Orizondo**    aorizondo@aglawpa.com, bfernandez@aglawpa.com
- **Alexander S Orlofsky**    alex@orlofskylawfirm.com
- **Christina V Paradowski**    cvp@trippscott.com, bankruptcy@trippscott.com;hbb@trippscott.com
- **Meghan E Paraschak**    meghan@orlofskylawfirm.com
- **Chad P Pugatch**    cpugatch.ecf@rprslaw.com
- **Alexis S Read**    alexis.read@dunnlawpa.com, asr@alexisreadlaw.com
- **Humberto E Rivera**    humberto@hriveralaw.com, G61034@notify.cincompass.com;humberto@ecf.courtdrive.com
- **Raymond L Robinson**    teri@rrobinsonlaw.com, ray@rrobinsonlaw.com
- **Victor K Rones**    vrones@victorkronespa.com, jrones@victorkronespa.com
- **Peter D. Russin**    prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Zana Michelle Scarlett**    Zana.M.Scarlett@usdoj.gov
- **James Schwitalla**    jwscmecf@bellsouth.net, miamibkcmyecf@gmail.com;schwitallajr74031@notify.bestcase.com
- **Zach B Shelomith**    zbs@lsaslaw.com, fpd@lsaslaw.com;info@lsaslaw.com;zshelomith@ecf.inforuptcy.com
- **Ryan Tables**    tableslawgroup.patty@gmail.com
- **Roy L. Weinfeld**    rlw@weinfeldlaw.com
- **Andrew D. Zaron**    azaron@leoncosgrove.com, jgomez@leoncosgrove.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Michael R. Kassower**
FRANK WEINBERG & BLACK, P.L.
7805 SW 6th Court
Plantation, FL 33324

**Jairo Romero**
16979 NW 19th Street
Pembroke Pines, FL 33028

**Robb Udell**
100 SE 2nd ST 29th Flr
Miami, FL 33131

**U.S. Trustee:** *(Notice provided via NEF)*
Office of The United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130

**Debtor-in-Possession:** *(via U.S. Mail)*
Costa Hollywood Property Owner, LLC
777 North Ocean Drive
Hollywood, FL 33019

**Debtor-in-Possession's Attorney:**
*(Notice provided via NEF)*

Peter D. Russin, Esquire
James C. Moon, Esquire
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

**Secured Creditors:** *(via U.S. Mail)*
777 N. Ocean Drive, LLC
c/o MRFS LLC
825 Third Avenue, 37th Floor
New York, NY 10022

777 N. Ocean Drive, LLC
c/o Jerold C. Feuerstein
Kriss & Feuerstein LLP
360 Lexington Ave #6502
New York, NY 10017

Baker Concrete Construction, Inc.
5555 Anglers Ave, Suite 1A
Fort Lauderdale, FL 33312

Beauchamp Construction Co Inc.
c/o Benjamin K. Artzt
2100 Ponce de Leon Blvd, Ste 825
Coral Gables, FL 33134

Design Engineering Group, LLC
c/o Harvey, F William, Esq.
5402 Red Cypress Lane
Fort Lauderdale, FL 33319

HVAC Associates, Inc.
PO Box 1355
Pompano Beach, FL 33061

Italkraft LLC
2900 NW 77 Ct
Doral, FL 33122

Lenny's Cleaning, Painting
& Waterproofing, Inc.
10040 NW 46 St
Fort Lauderdale, FL 33351

Tropic Fire Protection, Inc.
922 SW 36th Ave
Boynton Beach, FL 33435

United Leasing, Inc.
PO Box 5089
Evansville, IN 47715

**United States and its agencies:**
*(via U.S. Mail)*
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

**Notice of Appearances:**
*(Notice provided via NEF
Upon Registered Users)*

Victor K. Rones, Esq.
*Attorney for Costa Investors LLC, Creditor*
16105 NE 18th Avenue,
North Miami Beach, FL 33162

EXHIBIT 2

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Andrew V. Layden, Esq.
*Attorneys for New Continent Ventures, Inc.*
Baker & Hostetler LLP
200 S. Orange Ave.
SunTrust Center, Suite 2300
Orlando, FL 32801-3432

Jerold C. Feuerstein, Esq.
*Attorneys for 777 N. Ocean Drive, LLC*
KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017

Michael P. Dunn, Esq.
Alexis S. Read, Esq.
*Attorneys for Evolution Hospitality, LLC*
Dunn Law P.A.
66 W. Flagler Street, Ste. 400
Miami, FL 33130

Humberto Rivera, Esq.
*Attorneys for Professional Blinds Systems, Inc.*
Rivera Law Firm, P.A.
P.O. Box 211746
Royal Palm Beach, FL 33421

Raymond L. Robinson, Esq.
*Attorneys for Pamela Terry*
RobinsonLaw, P.A.
1501 Venera Avenue, Suite 300
Coral Gables, FL 33146

Brandon J. Hechtman, Esq.
*Attorneys for Evolution Hospitality LLC and AMO Hospitality Group LLC*
Wicker Smith O'hara
Mccoy & Ford, P.A.
2800 Ponce de Leon Boulevard
Suite 800
Coral Gables, FL 33134

Paul J. Battista, Esq.
Mariaelena Gayo-Guitian, Esq.
*Attorneys for 777 N. Ocean Drive, LLC*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, Florida 33131

Mark A. Journey, Esq.
Scott Andron, Esq.
*Attorneys for Broward County, Florida*
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301

Julie Feigeles, Esq.
*Attorneys for Eduardo Reyes Herrera and Astrid Aurora Arevalo Molina*
Feigeles & Haimo LLP
7900 Peters Road, Suite B-200
Fort Lauderdale, FL 33324

Kimberly Held Israel, Esq.
*Attorneys for United Leasing, Inc.*
McGlinchey Stafford
10407 Centurion Parkway North, Suite 200
Jacksonville, FL 32256

Alberto H. Orizondo, Esq.
*Attorneys for Italkraft, LLC*
Law Office of Alexis Gonzalez, P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133

Darin A. DiBello, Esq.
*Attorneys for Belet Investments, LLC*
Darin A. DiBello, Esq.
FASI & DIBELLO, P.A.
150 S.E. 2nd Avenue, Suite 1010
Miami, FL 33131

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Jeffrey S. Berlowitz, Esq.
*Attorneys for La Cuisine, LLC*
SIEGFRIED RIVERA
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134

Andrew D. Zaron, Esq.
*Attorneys for Beauchamp Construction Co., Inc.*
LEÓN COSGROVE, LLP
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134

Max A. Goldfarb, Esq.
*Attorneys for Lenny's Cleaning, Panting & Waterproofing*
Biscayne Building – Suite 802
19 West Flagler Street
Miami, FL 33130-4406

Chad P. Pugatch, Esq.
*Attorneys for Baker Concrete Construction*
Rice Pugatch Robinson, et al.
101 NE 3rd Avenue, Suite 1800
Ft. Lauderdale, FL 33301

Robert C. Arnold, Esq.
*Attorneys for Estate of Pablo Haeffner*
The Victoria Law Group
80 SW 8th St., Suite 2000
Miami, FL 33130

James Schwitalla, Esquire
*Attorneys for Mr. Glass Doors & Windows, Inc.*
The Bankruptcy Law Offices
of James Schwitalla, P.A.
12954 S.W. 133 Court
Miami, Florida 33186

Zach B. Shelomith, Esquire
*Attorneys for Betje Investments LLC*
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312

Christina V. Paradowski, Esq.
*Attorneys per ECF Nos. 178-187*
Tripp Scott, P.A.
110 S.E. Sixth Street, Fifteenth Floor
Fort Lauderdale, Florida 33301

Eric N. Assouline, Esq.
*Attorneys for Monike Troncoso*
Assouline & Berlowe, P.A.
Miami Tower
100 SE 2nd Street, Suite 3105
Miami, FL 33131

Yasin Daneshfar, Esq.
*Attorneys for Hyvac Mechanical Services, Inc.*
Becker & Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

Rafael Recalde, Esq.
*Attorneys for Gustavo Carlos Lescovich Ramos*
Recalde Law Firm, P.A.
10800 Biscayne Blvd., Suite 440
Miami, FL 33161

Alejandro R. Alvarez, Esquire
*Attorneys for Visualscape, Inc.*
ARA LAW FIRM
355 Alhambra Circle, Suite 1100
Coral Gables, Florida 33134

Rodrigo S. Da Silva, Esq.
*Attorneys for High Horizons, LLC*
Law Offices of Rodrigo S. Da Silva, P.A.
777 Arthur Godrey Road, Suite 402
Miami Beach, Florida 33140

Roy L. Weinfeld, P.A.
*Attorneys for the Estate of Pablo Haeffner*
2665 S. Douglas Road, Suite 805
Miami, FL 33133

MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

**20 Largest Unsecured Creditors:**
*(via U.S. Mail)*

Centrada Solutions, LLC
5010 Riverside Drive, # 300
Irving, TX 75039

Cielo Restaurant LLC
777 N Ocean Dr
# SF
Hollywood, FL 33019

D-Essentials Inc.
218 S Dixie Hwy
Hallandale, FL 33009

FA Development and Real Estate
343 Commercial Street
#212
Boston, MA 02109

General Caulking And Coatings Co., Inc.
101 NW 176 St
Mami, FL 33169

Gustavo Carlos Lescovich Ramos
Parada 6 de la Brava
Edif Icon Bravia Depto #707
Punta del Este
URUGUAY

Hyvac, Inc.
312 S Military Trail
Deerfield Beach, FL 33442

Italkraft LLC
2900 NW 77 Ct
Doral, FL 33122

JM Plastering, Inc.
16333 NW 84 PL
Hialeah, FL 33016

La Cuisine Intl Distributors, Inc.
2005 NW 115 Ave
Miami, FL 33172

Mr. Glass Doors & Windows Inc.
8120 NW 84 St
Miami, FL 33166

National Fire Protection, LLC
3125 W Commercial Blvd, # 200
Ft Lauderdale, FL 33309

Pablo Haeffner & Rita Cassia DaSilva
c/o Alexander M. Turner, Esq.
Law Offices of Alexander M. Turner, P.A.
317 Seventy First St
Miami Beach, FL 33141

Poma Construction Corp.
2049 SW Poma Dr
Bldg#1
Palm City, FL 34990

Renacer LLC
444 Brickell Ave
Suite 828
Miami, FL 33131

Ruben Eduardo Reyes Herrera
c/o Thomas R. Shahady
Shahady & Wurtenberger, P.A.
7900 Peters Rd, Ste B-200
Fort Lauderdale, FL 33324

SOS Security LLC
PO Box 6373
Parsippany, NJ 07054

Stones Unlimited, LLC
By and through, Registered Agent
Kevin D. Mercer, P.A.
10800 Biscayne Blvd
Suite 700
Miami, FL 33161

Unlimited Electrical Contractors
3500 Park Central Blvd N
Pompano Beach, FL 33064