UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www. flsb.uscourts.gov

In re:

COSTA HOLLYWOOD PROPERTY OWNER, LLC,

Debtor.
_____/

Case No. 19-22483-AJC

Chapter 11

### LIQUIDATING TRUSTEE'S MOTION TO EXTEND OCTOBER 19, 2021 DEADLINE TO OBJECT TO CLAIMS FOR THREE MONTHS (THROUGH JANUARY 19, 2022)

Maria M. Yip, Liquidating Trustee of the Costa Hollywood Property Owner, LLC Liquidating Trust (the "**Liquidating Trustee**") files this *Motion to Extend October 19, 2022 Deadline to Object to Claims for Three Months (Through January 19, 2022)*, and states:

1. On September 19, 2019, the Costa Hollywood Property Owner, LLC (the "**Debtor**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code commencing this case.

2. On August 24, 2020, the Court entered an Order (the "**Confirmation Order**") (ECF No. 520) confirming the Debtor's First Amended Chapter 11 Plan of Liquidation (the "**Plan**") (ECF No. 287) and approving and appointing Maria Yip as the Liquidating Trustee. The Liquidating Trust Agreement was attached as Exhibit A to the Plan.

3. On October 19, 2020, the Effective Date occurred under the Plan.

4. Pursuant to the Plan, Confirmation Order, and Liquidating Trust Agreement, the Liquidating Trustee has the power and authority to object to claims. *See* Plan, Pars. 5.6(o) and (q) and Art. VII; Confirmation Order, Pars. 18-19; Liquidating Trust Agreement, Pars. 3.1(o), (q), and (w).

5. The Confirmation Order provides that "[t]he deadline within which objections to Claims or Equity Interests may be filed shall be six (6 months) from the Effective Date (<u>unless such deadline is extended by Court order</u>).") ECF No. 520, Par. 18 (emphasis added); *see also Plan, Par. 7.1* ("On or before 6 months after the Effective Date (<u>unless such deadline is extended by the Bankruptcy Court</u>), the Liquidating Trustee shall file objections to Claims." ECF No. 287, Par. 7.1 (emphasis added).

6. Bankruptcy Rule 9006(b)(1) states that:

> …when an act is required or allowed to be done at or within a specified period…by an order of court, the court for cause shown may at any time in its discretion…with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order…

Fed. R. Bankr. P. 9006(b)(1).

7. On April 15, 2021, the Court entered an Order (ECF No. 590) extending the deadline to object to claims as set forth in paragraph 7.1 of the confirmed plan through and including <u>July 19, 2021</u>. The order expressly provides that the Plan and Confirmation Order permits the extensions of the deadline to object to claims, that Bankruptcy Rule 9006(b)(1) is applicable, and that the Order is *without prejudice* for the Liquidating Trustee to seek additional extensions of the Claims Objection Deadline as appropriate or necessary.

8. On August 6, 2021, the Court entered an Order (ECF No. 614) extending the Claims Objection Deadline through and including <u>October 19, 2021</u> (the "**Claims Objection Deadline**"), "*without prejudice* for the Liquidating Trustee to seek additional extensions of the Claims Objection Deadline as appropriate or necessary" (ECF No. 614, ¶3).

9. The Liquidating Trustee submits that good cause exists to extend the Claims Objection Deadline for at least an additional three months. The claims in the case are numerous and complex. The Liquidating Trustee continues to investigate the facts and circumstances of

certain claims and seeks additional time for review and analysis of the claims and their validity and enforceability. The Liquidating Trustee submits that extending the Claims Objection Deadline as requested in this motion is necessary and appropriate for the benefit of the creditors in this case.

10. For these reasons, the Liquidating Trustee accordingly requests that the Claims Objection Deadline be extended through and including **Wednesday, January 19, 2022**.

11. The Liquidating Trustee does not believe that parties will be prejudiced by the relief requested in this motion.

**WHEREFORE**, the Liquidating Trustee requests the entry of an Order (in the form attached) granting this motion and extending the Claims Objection Deadline through and including Wednesday, January 19, 2022, permitting the Liquidating Trustee to seek a further extension as appropriate or necessary, and for such other relief as the Court deems appropriate.

Dated: October 6, 2021

**NELSON MULLINS BROAD AND CASSEL**
Counsel for Liquidating Trustee
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Ph: (954) 764-7060/Fax (954) 761-8135

By: */s/ Michael D. Lessne*
Michael D. Lessne
Fl. Bar No. 73881
Michael.lessne@nelsonmullins.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing motion has been filed with the Court and furnished on October 6, 2021: (a) via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case and (b) by US First Class Mail to all creditors and parties in interest listed on the attached Master Service list:

                                        */s/ Michael D. Lessne*
                                        Michael D. Lessne

**19-22483-AJC Notice will be electronically mailed to:**

- Alejandro R Alvarez - service@ara-lawfirm.com
- Scott Andron - sandron@broward.org, swulfekuhle@broward.org
- Robert C. Arnold, Esq. - bob@thevictorialawgroup.com, bankruptcy@thevictorialawgroup.com
- Eric N Assouline, Esq. - ena@assoulineberlowe.com, ah@assoulineberlowe.com
- Paul J. Battista, Esq - pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com
- Jeffrey S. Berlowitz - jberlowitz@siegfriedrivera.com, jortega@siegfriedrivera.com
- Kendra Breeden - Kbreeden@hollywoodfl.org
- David C. Cimo, Esq. - dcimo@cmmlawgroup.com, mmark@cmmlawgroup.com; ekelly@cmmlawgroup.com; ekelly@ecf.courtdrive.com
- Rodrigo S Da Silva - rodrigo@rdasilvalaw.com, kimberly@rdasilvalaw.com
- Yasin Daneshfar - ydaneshfar@bplegal.com, ecuellar@bplegal.com; kbrown@bplegal.com; FTLefile@bplegal.com; tfritz@beckerlawyers.com
- Steven M Davis - sdavis@bplegal.com
- Darin A DiBello - dibello@fasidibellolaw.com, perry@fasidibellolaw.com
- Michael P Dunn - michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com; mzucker@dunnlawpa.com
- Julie Feigeles - jf@womenatlawfl.com, way@womenatlawfl.com
- Jerold C Feuerstein - jfeuerstein@kandfllp.com, litigation@kandfllp.com; CValenzuela@kandfllp.com; skossar@kandfllp.com; skossar@kandfllp.com
- David L Gay, Esq. - dgay@carltonfields.com, cguzman@carltonfields.com; efile@ecf.inforuptcy.com; miaecf@cfdom.net
- Joshua R Gluck - er@beharbehar.com
- Brandon J Hechtman - bhechtman@wickersmith.com
- Michael S Hoffman - Mshoffman@hlalaw.com, hlaecf@gmail.com; kszolis@hlalaw.com; mshoffman@ecf.courtdrive.com
- John B. Hutton III, Esq. - huttonj@gtlaw.com, mialitdock@gtlaw.com; miaecfbky@gtlaw.com; perezan@gtlaw.com; perezan@gtlaw.com
- Kimberly H Israel - kisrael@mcglinchey.com, cgipson@mcglinchey.com
- Mark Journey - mjourney@broward.org, swulfekuhle@broward.org
- Michael R Kassower - mkassower@fwblaw.net, jschank@fwblaw.net
- Joshua Lanphear - jlanphear@slp.law, dwoodall@slp.law; dlocascio@slp.law; pmouton@slp.law
- Andrew V Layden - alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com; dbichard@bakerlaw.com

- Michael D Lessne - michael.lessne@nelsonmullins.com, jennifer.phillips@nelsonmullins.com; francis.santelices@nelsonmullins.com
- James C. Moon, Esq - jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com; jmoon@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com
- Meaghan E Murphy - mmurphy@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@melandbudwick.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com; mmurphy@ecf.courtdrive.com
- Office of the US Trustee - USTPRegion21.MM.ECF@usdoj.gov
- Alberto H Orizondo - aorizondo@aglawpa.com, stephanie@aglawpa.com
- Alexander S Orlofsky - alex@orlofskylawfirm.com
- John E Page - jpage@slp.law, dwoodall@slp.law; dlocascio@slp.law; pmouton@slp.law; pmouton@ecf.courtdrive.com; jpage@ecf.courtdrive.com
- Meghan E Paraschak - meghan@orlofskylawfirm.com
- Chad P Pugatch, Esq. - cpugatch.ecf@rprslaw.com
- Alexis S Read- alexis.read@dunnlawpa.com, asr@alexisreadlaw.com
- Humberto E Rivera - humberto@hriveralaw.com, G61034@notify.cincompass.com; humberto@ecf.courtdrive.com
- Raymond L Robinson, Esq - teri@rrobinsonlaw.com, ray@rrobinsonlaw.com
- Victor K Rones - vrones@victorkronespa.com, jrones@victorkronespa.com
- Steven D Schneiderman - Steven.D.Schneiderman@usdoj.gov
- James Schwitalla, Esq - jwscmecf@bellsouth.net, miamibkcmyecf@gmail.com; schwitallajr74031@notify.bestcase.com
- Zach B Shelomith - zbs@lsaslaw.com, ah@lsaslaw.com; mjg@lsaslaw.com; info@lsaslaw.com; zshelomith@ecf.inforuptcy.com
- Ryan Tables, Esq. - tableslawgroup.patty@gmail.com
- Roy L. Weinfeld - rlw@weinfeldlaw.com
- Andrew D. Zaron, Esq. - azaron@leoncosgrove.com, jfelipe@leoncosgrove.com
- George L. Zinkler - gzinkler.ecf@rprslaw.com

MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

**U.S. Trustee:** *(Notice provided via NEF)*
Office of The United States Trustee 51 SW
First Avenue, Room 1204
Miami, FL 33130

**Debtor-in-Possession:** *(via U.S. Mail)*
Costa Hollywood Property Owner, LLC
777 North Ocean Drive
Hollywood, FL 33019

**Debtor-in-Possession's Attorney:**
*(Notice provided via NEF)*

Peter D. Russin, Esquire
James C. Moon, Esquire
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

**Secured Creditors:** *(via U.S. Mail)*

777 N. Ocean Drive, LLC
c/o MRFS LLC
825 Third Avenue, 37th Floor
New York, NY 10022

777 N. Ocean Drive, LLC
c/o Jerold C. Feuerstein
Kriss & Feuerstein LLP
360 Lexington Ave #6502
New York, NY 10017

Baker Concrete Construction, Inc.
5555 Anglers Ave, Suite lA
Fort Lauderdale, FL 33312

Beauchamp Construction Co Inc. c/o
Benjamin K. Artzt
2100 Ponce de Leon Blvd, Ste 825 Coral
Gables, FL 33134

Design Engineering Group, LLC
c/o Harvey, F William, Esq.
5402 Red Cypress Lane
Fort Lauderdale, FL 33319

HVAC Associates, Inc.
PO Box 1355
Pompano Beach, FL 33061

Italkraft LLC
2900 NW 77 Ct
Doral, FL 33122

Lenny's Cleaning, Painting
& Waterproofing, Inc.
10040 NW 46 St
Fort Lauderdale, FL 33351

Tropic Fire Protection, Inc.
922 SW 36th Ave
Boynton Beach, FL 33435

United Leasing, Inc.
PO Box 5089
Evansville, IN 47715

**United States and its agencies:**
*(via U.S. Mail)*
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

1

MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

**Notice of Appearances:**
*(Notice provided via NEF Upon Registered Users otherwise by U.S. Mail)*

Victor K. Rones, Esq.
*Attorney for Costa Investors LLC, Creditor*
16105 NE 18th Avenue,
North Miami Beach, FL 33162

Andrew V. Layden, Esq.
*Attorneys for New Continent Ventures, Inc.*
Baker & Hostetler LLP
200 S. Orange Ave.
SunTrust Center, Suite 2300
Orlando, FL 32801-3432

Jerold C. Feuerstein, Esq.
*Attorneys for 777 N Ocean Drive, LLC*
KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017

Michael P. Dunn, Esq.
Alexis S. Read, Esq.
*Attorneys for Evolution Hospitality, LLC*
Dunn Law P.A.
66 W. Flagler Street, Ste. 400
Miami, FL 33130

Humberto Rivera, Esq.
*Attorneys for Professional Blinds Systems, Inc.*
Rivera Law Finn, P.A.
P.O. Box 211746
Royal Palm Beach, FL 33421

Raymond L. Robinson, Esq.
*Attorneys for Pamela Terry*
RobinsonLaw, P.A.
1501 Venera Avenue, Suite 300
Coral Gables, FL 33146

Brandon J. Hechtman, Esq.
*Attorneys for Evolution Hospitality LLC and AMO Hospitality Group LLC*
Wicker Smith O'hara
Mccoy & Ford, P.A.
2800 Ponce de Leon Boulevard, Suite 800
Coral Gables, FL 33134

Paul J. Battista, Esq.
Mariaelena Gayo-Guitian, Esq.
*Attorneys for 777 N Ocean Drive, LLC*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, Florida 33131

Mark A. Journey, Esq.
Scott Andron, Esq.
*Attorneys for Broward County, Florida*
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301

Julie Feigeles, Esq.
*Attorneys for Eduardo Reyes Herrera and Astrid Aurora Arevalo Molina*
Feigeles & Haimo LLP
7900 Peters Road, Suite B-200
Fort Lauderdale, FL 33324

Kimberly Held Israel, Esq.
*Attorneys for United Leasing, Inc.*
McGlinchey Stafford
10407 Centurion Parkway North, Suite 200
Jacksonville, FL 32256

Alberto H. Orizondo, Esq.
*Attorneys for Italkraft, LLC*
Law Office of Alexis Gonzalez, P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Darin A. DiBello, Esq.
*Attorneys for Belet Investments, LLC*
Darin A. DiBello, Esq.
FASI & DIBELLO, P.A.
150 S.E. 2nd Avenue, Suite 1010
Miami, FL 33131

Jeffrey S. Berlowitz, Esq.
*Attorneys for La Cuisine, LLC*
SIEGFRIED RIVERA
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134

Andrew D. Zaron, Esq.
*Attorneys for Beauchamp Construction Co., Inc.*
LEON COSGROVE, LLP
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134

Max A. Goldfarb, Esq.
*Attorneys for Lenny's Cleaning, Panting & Waterproofing*
Biscayne Building — Suite 802
19 West Flagler Street
Miami, FL 33130-4406

Chad P. Pugatch, Esq.
*Attorneys for Baker Concrete Construction*
Rice Pugatch Robinson, et al.
101 NE 3rd Avenue, Suite 1800
Ft. Lauderdale, FL 33301

Robert C. Arnold, Esq.
*Attorneys for Estate of Pablo Haeffner*
The Victoria Law Group
80 SW 8th St., Suite 2000
Miami, FL 33130

James Schwitalla, Esquire
*Attorneys for Mr. Glass Doors & Windows, Inc.*
The Bankruptcy Law Offices
of James Schwitalla, P.A.
12954 S.W. 133 Court
Miami, Florida 33186

Zach B. Shelomith, Esquire
*Attorneys for Betje Investments LLC*
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312

Christina V. Paradowski, Esq.
*Attorneys per ECF Nos. 178-187*
Tripp Scott, P.A.
110 S.E. Sixth Street, Fifteenth Floor
Fort Lauderdale, Florida 33301

Eric N. Assouline, Esq.
*Attorneys for Monike Troncoso*
Assouline & Berlowe, P.A.
Miami Tower
100 SE 2nd Street, Suite 3105
Miami, FL 33131

Yasin Daneshfar, Esq.
*Attorneys for Hyvac Mechanical Services, Inc.*
Becker & Poliakoff, P.A.
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

Rafael Recalde, Esq.
*Attorneys for Gustavo Carlos Lescovich Ramos*
Recalde Law Finn, P.A.
10800 Biscayne Blvd., Suite 440
Miami, FL 33161

Gustavo Carlos Lescovich Ramos
The Levey Law Firm, P.A.
1688 Meridian Avenue, Suite 900
Miami Beach, FL 33139

Alejandro R. Alvarez, Esquire
*Attorneys for Visualscape, Inc.*
ARA LAW FIRM
355 Alhambra Circle, Suite 1100 Coral Gables, Florida 33134

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Rodrigo S. Da Silva, Esq.
*Attorneys for High Horizons, LLC*
Law Offices of Rodrigo S. Da Silva, P.A.
777 Arthur Godrey Road, Suite 402
Miami Beach, Florida 33140

Roy L. Weinfeld, P.A.
*Attorneys for the Estate of Pablo Haeffner*
2665 S. Douglas Road, Suite 805
Miami, FL 33133

**20 Largest Unsecured Creditors:**
*(via U.S. Mail)*

Centrada Solutions, LLC
5010 Riverside Drive, # 300
Irving, TX 75039

Cielo Restaurant LLC
777 N Ocean Dr, # SF
Hollywood, FL 33019

D-Essentials Inc.
218 S Dixie Hwy
Hallandale, FL 33009

FA Development and Real Estate
343 Commercial Street, #212
Boston, MA 02109

General Caulking And Coatings Co., Inc.
101 NW 176 St
Mami, FL 33169

Gustavo Carlos Lescovich Ramos
Parada 6 de la Brava
Edif Icon Bravia Depto #707
Punta del Este
URUGUAY

Hyvac, Inc.
312 S Military Trail
Deerfield Beach, FL 33442

Italkraft LLC
2900 NW 77 Ct
Doral, FL 33122

JM Plastering, Inc.
16333 NW 84 PL
Hialeah, FL 33016

La Cuisine Intl Distributors, Inc.
2005 NW 115 Ave
Miami, FL 33172

Mr. Glass Doors & Windows Inc.
8120 NW 84 St
Miami, FL 33166

National Fire Protection, LLC
3125 W Commercial Blvd, # 200
Ft Lauderdale, FL 33309

Pablo Haeffner & Rita Cassia DaSilva
c/o Alexander M. Turner, Esq.
Law Offices of Alexander M. Turner, P.A.
317 Seventy First St
Miami Beach, FL 33141

Poma Construction Corp.
2049 SW Poma Dr
Bldg#1
Palm City, FL 34990

Renacer LLC
444 Brickell Ave
Suite 828
Miami, FL 33131

Renacer LLC
c/o Zen Automotores S.A.
Av. Del Libertador 12909, Martinez (1640)
Buenos Aires – Argentina

Ruben Eduardo Reyes Herrera
c/o Thomas R. Shahady
Shahady & Wurtenberger, P.A.
7900 Peters Rd, Ste B-200
Fort Lauderdale, FL 33324

SOS Security LLC
PO Box 6373
Parsippany, NJ 07054

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Stones Unlimited, LLC
By and through, Registered Agent
Kevin D. Mercer, P.A.
10800 Biscayne Blvd, Suite 700
Miami, FL 33161

Unlimited Electrical Contractors
3500 Park Central Blvd N
Pompano Beach, FL 33064


4849-0854-1694

[Proposed Order]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www. flsb.uscourts.gov

In re:

COSTA HOLLYWOOD PROPERTY OWNER, LLC,[1]

Debtor.

Case No. 19-22483-AJC

Chapter 11

_____/

**FINAL ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO EXTEND OCTOBER 19, 2021 DEADLINE TO OBJECT TO CLAIMS FOR THREE MONTHS (EXTENDING DEADLINE THROUGH JANUARY 19, 2022)**

On _____, the Court conducted a hearing on the *Liquidating Trustee's Motion to Extend October 19, 2021 Deadline to Object to Claims for Three Months (Through January 19, 2022)* (the "**Motion**") (ECF No.__).

For the reasons stated orally and recorded in open court that shall constitute the decision of this Court, and **FINDING** and **CONCLUDING** that the Liquidating Trustee has shown good cause to grant the requested relief and extend the deadline file objections to Claims (the "**Claims Objection Deadline**") through and including January 19, 2022, and that the Liquidating Trustee has provided good and sufficient notice to grant the relief requested in the Motion.

For good cause shown, it is **ORDERED**:

1. The Motion is **GRANTED**.

2. The Claims Objection Deadline set forth in the confirmed plan (ECF No. 287, Par. 7.1; ECF No. 520) and the confirmation order (ECF No. 520, Par. 18) is extended through and including **Wednesday, January 19, 2022**.

3. This Order is *without prejudice* for the Liquidating Trustee to seek additional extensions of this deadline as appropriate or necessary.

###

Submitted by:  Michael Lessne, Nelson Mullins Broad and Cassel, 100 S.E. 3rd Ave., Suite 2700, Fort Lauderdale, FL 33394; Ph. 954-764-7060; michael.lessne@nelsonmullins.com

[Mr. Lessne is directed to serve a copy of this order on the parties listed and to file a certificate of service.]

Copies to be furnished to:

Parties on the Master Service List

2