

**ORDERED in the Southern District of Florida on October 19, 2021.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www. flsb.uscourts.gov

In re:                                                                 Case No. 19-22483-AJC

COSTA HOLLYWOOD PROPERTY OWNER, LLC,       Chapter 11

    Debtor.
_____/

**FINAL ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO EXTEND OCTOBER 19, 2021 DEADLINE TO OBJECT TO CLAIMS FOR THREE MONTHS (EXTENDING DEADLINE THROUGH JANUARY 19, 2022)**

On October 19, 2021, the Court conducted a hearing on the *Liquidating Trustee's Motion to Extend October 19, 2021 Deadline to Object to Claims for Three Months (Through January 19, 2022)* (the "**Motion**") (ECF No. 712).

For the reasons stated orally and recorded in open court that shall constitute the decision of this Court, and **FINDING** and **CONCLUDING** that the Liquidating Trustee has shown good cause to grant the requested relief and extend the deadline to file objections to Claims (the "**Claims Objection Deadline**") through and including January 19, 2022, and that the Liquidating Trustee has provided good and sufficient notice to grant the relief requested in the Motion,

It is **ORDERED**:

1. The Motion is **GRANTED**.

2. The Claims Objection Deadline set forth in the confirmed plan (ECF No. 287, Par. 7.1; ECF No. 520) and the confirmation order (ECF No. 520, Par. 18) is extended through and including **Wednesday, January 19, 2022**.

3. This Order is *without prejudice* for the Liquidating Trustee to seek additional extensions of this deadline as appropriate or necessary.

###

Submitted by: Michael Lessne, Nelson Mullins Broad and Cassel, 100 S.E. 3rd Ave., Suite 2700, Fort Lauderdale, FL 33394; Ph. 954-764-7060; michael.lessne@nelsonmullins.com

[Mr. Lessne is directed to serve a copy of this order on the parties listed and to file a certificate of service.]

Copies to be furnished to:

All creditors and parties in interest on the Master Service List pursuant to the *Order Granting Liquidating Trustee's Motion for Procedure Limiting Certain Notice* (ECF No. 658).